

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

May 14, 1948

Hon. Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Opinion No. V-577

Re: Use of funds given
by Federal Govern-
ment to State De-
partment of Health
for matching pur-
poses under Em-
ployees Retirement
System Act.

Dear Sir:

Your request for an opinion is as follows:

"The question has arisen in this
department as to whether the Federal
funds granted to the Health Department
from which salaries may be paid shall
be used for matching the State's contri-
bution for such employees to the Retire-
ment System. I shall, therefore, thank
you to advise this department whether
such Federal funds shall be transferred
by the Comptroller to the Retirement Sys-
tem funds as provided for under the Re-
tirement Act. If your answer is in the
negative, that is, that such funds can-
not be transferred for the benefits of
the Retirement System, from what source
or fund shall the matching contributions
be provided?"

We are advised orally by a member of your of-
fice that "the Federal funds granted to the Health De-
partment from which salaries may be paid" refers to the
money given to the State Department of Health by the
Federal Government in accordance with the provisions of
42 U.S.C.A., Sec. 246, after certain conditions and bud-
getary requirements have been met by the Health Depart-
ment to the satisfaction of the Surgeon General of the
United States. The funds granted the State by the Fed-
eral Government through the Surgeon General are to be

used in carrying out the broad objectives of venereal disease, tuberculosis, and mental disease prevention and cure and coping with special health problems under the provisions of the Public Health and Welfare laws of the National Government.  The Surgeon General is authorized to withhold further payments to the State upon a finding that the State's health authority has failed to comply substantially with either the provisions of Sec. 246, budgetary plans submitted by the State and approved by the Surgeon General, or "the regulations".

"Department", "Employee", and "Employer" are defined in H. B. 168, 50th Legislature, which is codified as Art. 6228a, V. C. S., as follows:

"Section 1 . . .

"B.  'Department' shall mean any department, commission, institution, or agency of the State Government.

"C.  'Employee' shall mean any regularly appointed officer or employee in a department of the State . . .

"D.  'Employer' shall mean the State of Texas."

Sec. 8.A. of said H. B. 168, provides, in part, as follows:

"The amount contributed by each member to the Retirement System shall be five per cent (5%) of the regular annual compensation paid to each member.  The amount contributed by the State of Texas to the Retirement System shall not exceed during any one (1) year five per cent (5%) of salaries of all members, disregarding salaries in amounts in excess of Three Thousand Six Hundred Dollars ($3,600), provided the total amount contributed by the State during any one (1) year shall at least equal the total amount contributed during the same year by all members of the Retirement System; provided further that all contributions made by the State shall be from and charged to the respective funds appropriated, allocated and provided to pay the

salary or compensation of the employee
for whose benefit the contribution is
made. . ." (Emphasis ours)

Sec. 8.B. 2.a. of said H. B. 168, provides, in
part, as follows:

"a. From and after the date of the
establishment of the membership and full
operation of the Retirement System creat-
ed by this Act takes effect, there is
hereby allocated and appropriated to the
Employees Retirement System of Texas, in
accordance with this Act, from the sever-
al funds from which the employees benefit-
ed by this Act receive their respective
salaries, a sum equal to five per cent (5%)
of the total compensation paid to the said
respective employees who are members of
said Retirement System and whose compen-
sation is paid from funds directly con-
trolled by the State. The State Board of
Trustees (meaning the board of seven mem-
bers responsible for the operation of the
Retirement System) shall certify to the
State Comptroller of Public Accounts and
the State Treasurer at the end of each
month the total amount of compensation
paid such member of the Retirement Sys-
tem, and the State Comptroller shall
thereupon transfer five per cent (5%) of
this amount from the said  respective funds
from which said employees are paid to the
State Employees Retirement Fund; . . ."
(Emphasis ours)

We are informed further by a Health Depart-
ment representative that the question of the use of Fed-
eral funds for matching purposes under the Retirement
Act was submitted to the Surgeon General and this use
was approved. This being the case, the Federal funds,
once deposited to the State's account or in the State
Treasury under the terms of the Public Health laws of
the United States, become state funds for all purposes
and intents, and are appropriated by the Legislature in
accordance with the budget submitted by the Health De-
partment to and approved by the Surgeon General. These
funds are earmarked for public health uses, yet they are
State property as title has passed by gift from the Fed-

eral Government to the State. They are funds under control of and subject to appropriation by the Texas Legislature for the payment of salaries of Health Department employees as well as fulfilling the other objects outlined in the Health Department budget approved by the Surgeon General. We believe they are State funds within the purview of the underlined portions of the Retirement Act and may be utilized for matching purposes under the terms of this Act.

The source of the funds out of which an individual is paid is not controlling. It is the fact that the Department of Health is charged with the responsibility of paying an individual's salary and that the employee falls within the definition of "employee" given in the Retirement Act plus the fact that the Federally-donated funds are State-owned property and subject to direct control of and appropriation by the Legislature. They are within the ambit of the Comptroller's authority to transfer a portion thereof (5%) to the Employees Retirement Fund.

## SUMMARY

Funds given to the State Department of Health by the Federal Government under the Public Health and Welfare laws of the United States, 42 U.S.C.A., Sec. 246, may be utilized for matching purposes by the Comptroller of Public Accounts under the terms of the State Employees Retirement Act. Art. 6228a, V. C. S.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By James T. Bryan
James T. Bryan
Assistant

JTB:mw

APPROVED:

Price Daniel
ATTORNEY GENERAL